# In the United States District Court
## for the Southern District of Georgia
### Waycross Division

BRYAN LAWSON JONES,

      Plaintiff,

    v.

WARDEN JAMES C. SPANN, et al.,

      Defendants.

5:25-cv-129

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's claims against the Georgia Department of Corrections and his Motion for Injunctive Relief. Dkt. No. 39. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's claims against the Georgia Department of Corrections and his Motion for Injunctive Relief. Dkt. Nos. 24, 29. Plaintiff's claims against Defendants

Spann, Cox, Jones, Whitfield, and John and Jane Does remain pending. Dkt. No. 40.

**SO ORDERED**, this __23__ day of July, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA